UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DAVID MONTANEZ, Individually and on Behalf      :   ECF
of All Other Persons Similarly Situated,        :
                                                :   12 Civ. 0316 (DAB)
                        Plaintiffs,             :
                                                :
        -against-                                :
                                                :
DYNAMEX INC., DYNAMEX OPERATIONS EAST,          :
INC., and JOHN DOES #1-10,                      :
                                                :
                        Defendants.             :
------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FRCP 41(a)(1)(i), Plaintiff hereby voluntarily dismisses, without prejudice, all claims brought by Plaintiff DAVID MONTANEZ against Defendants DYNAMEX INC., DYNAMEX OPERATIONS EAST, and JOHN DOES #1-10 in the above captioned proceeding. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: New York, New York
       March 23, 2012

                                        LAW OFFICE OF WILLIAM COUDERT RAND

                                               S/William C. Rand
                                        By: _____
                                            William Coudert Rand (WR 7685)

                                        228 East 45th Street, 17th Floor
                                        New York, New York 10017
                                        Telephone: (212) 286-1425
                                        Facsimile: (212) 599-7909

                                        **ATTORNEY FOR PLAINTIFF**